## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Luis Rivera** | ***PETTY***<br>**JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No.  CR-18-01785-001-TUC-BGM**<br><br>Matthew Charles Davidson (Retained)<br>Attorney for Defendant |

USM#: 03997-508

**THE DEFENDANT ENTERED A PLEA OF** guilty on 2/25/2019 to Count 9 of the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8 U.S.C. §1324a(a)(1)(A), and 1324a(a)(2), Unlawful Employment of Aliens, a Petty offense, as charged in Count 9 of the Indictment.

**IT IS ORDERED** that defendant's interest in the following property shall be forfeited to the United States: 1. A 2008 Freightliner Corp. Cascadia, VIN: 1FUJGLCK98LAA7190 and 2. A 2009 Freightliner Corp. Cascadia, VIN: 1FUJGLCK09LAF1757.

**IT IS FURTHER ORDERED** Counts One through Eight of the Indictment are dismissed without prejudice on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $10.00      **FINE:** $10,000.00   **RESTITUTION:** N/A

The defendant shall pay a special assessment of $10.00 which shall be due immediately.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program.  Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $10.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 9 of the Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision.  Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

CR-18-01785-001-TUC-BGM                                                      Page 2 of 2
USA vs. Luis Rivera


**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and the Amended Plea Agreement; that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.


Date of Imposition of Sentence:  **Monday, May 06, 2019**

    Dated this 6th day of May, 2019.


 

Honorable Bruce G. Macdonald
United States Magistrate Judge


**RETURN**

I have executed this Judgment as follows: _____

_____, the institution

defendant delivered on _____ to _____ at _____

designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.


_____          By:          _____
United States Marshal                                         Deputy Marshal


CR-18-01785-001-TUC-BGM- Rivera          5/6/2019 - 10:03 AM